# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2008

135592

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH D'OYLY,
      Defendant-Appellant

SC: 135592
COA: 281222
Muskegon CC: 07-045203-AR

_____/

On order of the Court, the application for leave to appeal the November 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., notes that the defendant's conviction for attempt to commit fourth-degree criminal sexual conduct may be subject to the provisions of MCL 780.621 upon the expiration of the five-year period from the date sentence was imposed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2008

_____
Clerk

s0521